UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
SEP 2 5 2006
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | |
|---|---|
| SANTANA BUSTAMANTE, INDIVIDUALLY AND AS NEXT FRIEND OF DIANA VILLALOBOS AND AS REPRESENTATIVE OF THE ESTATE OF ANGEL VILLALOBOS, DECEASED, AND FOR AND ON BEHALF OF ALL THOSE ENTITLED TO RECOVER FOR HIS DEATH UNDER THE TEXAS WRONGFUL DEATH AND SURVIVAL ACTS, JOSE CRUZ VILLALOBOS, INDIVIDUALLY, MICAELA VILLALOBOS, INDIVIDUALLY AND AS NEXT FRIEND OF JOSE VILLALOBOS, AND ANABELI VILLALOBOS, MINOR CHILDREN, MARIA ROMAN BUSTAMANTE, ELIDA ROMAN, HECTOR BUSTAMANTE, AND SANDY BUSTAMANTE § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.<br><br>SA:04-CV-591-OG (NN)<br><br>(Consolidated with SA:05-CA-1107-OG) |
| Plaintiffs, § § | |
| V. § | |
| COOPER TIRE & RUBBER COMPANY § § § | |
| Defendant. § | JURY |

*********************************************************************************

| | |
|---|---|
| CARMEN VILLALOBOS AND AUGUSTIN VILLALOBOS § § | |
| Plaintiffs, § § | |
| V. § § | |
| COOPER TIRE & RUBBER COMPANY § § | |
| Defendant. § | |

## LIMITED MOTION FOR PERMISSION TO PROVIDE SEALED ORDER ESTABLISHING TRUST OF MARIA BUSTAMANTE TO TRUSTEE, ENCORE TRUST, ONLY

COME NOW, Plaintiffs in the above-styled action and submit this their Limited Motion for Permission to Provide Sealed Order Establishing Trust of Maria Bustamante (Docket Number 163) to Trustee, Encore Trust, only and would respectfully show as follows:

### *Factual Background & Request*

1. This consolidated action settled and the Court entered various orders. On or about September 11, 2006, the Court signed and entered the sealed Order Establishing Trust of Maria Bustamante (Docket Number 163). Plaintiffs now request permission from the Court to provide a copy of the sealed Order Establishing Trust of Maria Bustamante (Docket Number 163) *for the sole purpose of providing a certified copy to the trust company, Encore Trust, only.* Plaintiffs understand and agree that, should the Court grant this Motion, the Court's permission is strictly limited to the allowance of Plaintiffs to provide a certified copy of the Order Establishing Trust of Maria Bustamante to the trust company, Encore Trust, only.

WHEREFORE, Plaintiffs respectfully request the Court to enter an order permitting Plaintiffs to provide a certified copy of the sealed Order Establishing Trust of Maria Bustamante for the sole purpose of providing a certified copy to the trust company, Encore Trust, only.

RESPECTFULLY SUBMITTED,

By _____ with express permission
Jason P. Hoelscher
State Bar No. 24010671
Federal I.D. No. 38772
SICO, WHITE & BRAUGH L.L.P.
900 Frost Bank Plaza
802 N. Carancahua
Corpus Christi, Texas 78470
Phone: 361/653-3300
Fax: 361/653-3333

**ATTORNEY-IN-CHARGE FOR PLAINTIFFS**

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Cooper Tire & Rubber Company does not oppose this motion.

_____ with express permission
Jason P. Hoelscher

## CERTIFICATE OF SERVICE

     I hereby certify that the foregoing instrument was served on counsel for defendant in compliance with the Federal Rules of Civil Procedure this 22nd day of September, 2006.

*Matt Ott with express permission*
Jason P. Hoelscher

*Via Certified Mail*

Mr. T. Christopher Trent
Mr. R. Todd Marshall
Johnson, Spalding, Doyle, West & Trent, L.L.P.
910 Travis Street, Suite 1700
Bank One Center
Houston, Texas 77002

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SANTANA BUSTAMANTE, INDIVIDUALLY AND AS NEXT FRIEND OF DIANA VILLALOBOS AND AS REPRESENTATIVE OF THE ESTATE OF ANGEL VILLALOBOS, DECEASED, AND FOR AND ON BEHALF OF ALL THOSE ENTITLED TO RECOVER FOR HIS DEATH UNDER THE TEXAS WRONGFUL DEATH AND SURVIVAL ACTS, JOSE CRUZ VILLALOBOS, INDIVIDUALLY, MICAELA VILLALOBOS, INDIVIDUALLY AND AS NEXT FRIEND OF JOSE VILLALOBOS, AND ANABELI VILLALOBOS, MINOR CHILDREN, MARIA ROMAN BUSTAMANTE, ELIDA ROMAN, HECTOR BUSTAMANTE, AND SANDY BUSTAMANTE | § | |
| Plaintiffs, | § | |
| V. | § | NO. SA:04-CV-591-XR |
| COOPER TIRE & RUBBER COMPANY | § | |
| Defendant. | § | JURY |

## ORDER GRANTING LIMITED MOTION FOR PERMISSION TO PROVIDE SEALED ORDER ESTABLISHING TRUST OF MARIA BUSTAMANTE TO TRUSTEE, ENCORE TRUST, ONLY

On this date, the Court considered Plaintiffs' Limited Motion for Permission to Provide Sealed Order Establishing Trust of Maria Bustamante to Trustee, Encore Trust, Only and after reviewing the motion has decided to grant the motion for the limited purpose stated within Plaintiffs' Motion only. Therefore, it is

ORDERED, ADJUDGED, and DECREED that Plaintiffs' Limited Motion for Permission to Provide Sealed Order Establishing Trust of Maria Bustamante to Trustee, Encore Trust, Only is hereby in all things GRANTED and that Plaintiffs may provide a certified copy of the Sealed Order Establishing Trust of Maria Bustamante to Trustee, Encore Trust, only.

Signed this _____ day of _____ 2006.

_____
HONORABLE JUDGE ORLANDO GARCIA